JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
KRISTINA MILETOVIC, ESQ.
Nevada State Bar No. 14089
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
jchristensen@bremerwhyte.com
kmiletovic@bremerwhyte.com

Attorneys for Defendant
JAMES RIVER INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER INCERA-JIMENEZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES RIVER INSURANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00657-JAD-EJY <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JENNIFER INCERA-JIMENEZ, by and through her attorneys of record, Alison M. Brasier, Esq. and Justin W. Wilson, Esq. of Hicks & Brasier, PLLC, and Defendant JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Jared G. Christensen, Esq. and Kristina Miletovic, Esq. of Bremer Whyte Brown and O'Meara, LLP, as follows:

///

///

///

1356.294 4891-4706 5875.1

That all of Plaintiff's claims against JAMES RIVER INSURANCE COMPANY in the above-captioned matter be dismissed, with prejudice, and that each party shall bear their own fees and costs.

Dated this 14 day of March 2022

HICKS & BRASIER, PLLC

By: _____
Anson M. Brasier, Esq.
Nevada Bar No. 10522
Justin W. Wilson, Esq.
Nevada Bar No. 14646
Attorney for Plaintiff,
Jennifer Incera-Jimenez

Dated this 14th day of March 2022

BREMER WHYTE BROWN & O'MEARA, LLP

By: /s/ Kristina Miletovic
Nevada Bar No. 10600
Jared G. Christensen, Esq
Nevada Bar No. 11538
Kristina Miletovic, Esq.
Nevada Bar No. 14089
Attorneys for Defendant
James River Insurance Company

## ORDER

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 22, 2022

Respectfully submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

By: /s/ Kristina Miletovic
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Kristina Miletovic, Esq.
Nevada State Bar No. 14089
Attorneys for Defendant
James River Insurance Company

BREMER WHYTE BROWN &
O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

2

1356.294 4891-4706 5875.1